AO 91 (Rev. 02/09)  Criminal Complaint

United States District Court
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

DEC - 6 2010

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | **SEALED** |
| Julio CERDA | ) | Case No. M-10-3127-M |
| | ) | |
| Defendant | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/28/2008  in the county of  Hildalgo  in the  Southern  District of Texas, the defendant violated  21  U. S. C. §  846, 841(a)(1), an offense described as follows:

Knowingly, intentionally, and unlawfully conspire to possess with intent to distribute and possess with the intent to distribute a controlled substance in the Controlled Substance Act of 1970, to wit; over 1,000 kilograms of marijuana.

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

_____
Complainant's signature

Suzanne Minnick, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  12/6/2010

_____
Judge's signature

City and state:   McAllen, Texas

Dorina Ramos, United States Magistrate Judge
Printed name and title

Attachment A

In May 2007, DEA agents initiated an investigation into the Armando BAUTISTA Drug Trafficking Organization (BAUTISTA DTO). Agents determined the BAUTISTA DTO transports large quantities of marijuana from the Rio Grande Valley of Texas to the Chicago, Illinois area. During the investigation, Julio CERDA was identified by coconspirators as a member of the BAUTISTA DTO whose role was to drive loads of marijuana from the Rio Grande Valley, Texas to the Chicago, Illinois area.

Agents have interviewed cooperating defendants, hereinafter referred to as CD1 and CD2, who provided information regarding CERDA'S involvement in the BAUTISTA DTO. Information provided by CD1 and CD2 has been corroborated through documents and records obtained by agents, as well as surveillance, and additional co-conspirator statements; therefore, CD1 and CD2 have been found to be reliable and truthful. According to CD1 and CD2, CERDA transported multiple loads of marijuana for the BAUTISTA DTO in a Federal Express Custom Critical Truck and/or a Panther Expedited Truck during 2008 and 2009. Based on the investigation, seizures of marijuana, and debriefings of BAUTISTA DTO members, agents believe these marijuana loads ranged from approximately 3,000 pounds to 12,000 pounds.

A Texas Certified Title History revealed that CERDA purchased a 2004 International truck on April 23, 2009. Records and documents obtained from Federal Express Custom Critical and Panther Expedited show that CERDA was an owner operator and/or driver, utilizing the 2004 International truck, with both of these companies during the time in which CD1 and CD2 stated that CERDA was transporting marijuana for the BAUTISTA DTO. On September 12, 2009, Arturo ALVARADO was arrested at the Falfurrias, Texas Border Patrol Checkpoint in the 2004 International truck which was owned by CERDA, transporting approximately 5,449.77 kilograms of marijuana. Records from Federal Express Custom Critical show that CERDA listed ALVARADO as a driver for CERDA.