United States District Court
Southern District of Texas
FILED

DEC - 6 2010

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.  *M-10-3127-M* |
| | § | |
| JULIO CERDA | § | |

## MOTION TO SEAL COMPLAINT AND ARREST WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its United States Attorney and Assistant United States Attorney assigned to this matter, and respectfully moves this Honorable Court to seal the Complaint and Arrest Warrant styled United States of America v. Julio Cerda  and further moves that this Motion and Order also be sealed.

Respectfully submitted,
JOSE ANGEL MORENO
UNITED STATES ATTORNEY

James Sturgis
Assistant United States Attorney