United States District Court
Southern District of Texas
FILED

DEC - 6 2010

David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-10-3127-M |
| JULIO CERDA | § | |

### SEALED ORDER

HAVING CONSIDERED the Government's Motion to Seal the Complaint and Arrest Warrant and finding it to be meritorious, it is hereby

ORDERED that the Complaint and Arrest Warrant and this Motion and Order be sealed until further order of the Court.

Signed at McAllen, Texas this the 6th day of December, 2010.

DORINA RAMOS
UNITED STATES MAGISTRATE JUDGE