UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 8 2010

Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. M-10-3127-M |
| JULIO CERDA | § § § | |

## MOTION TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, hereinafter referred to as "the Government," by and through its Attorney and Assistant United States Attorney assigned to this matter and would respectfully show the Court the following:

I.

The Government moves that the Criminal Complain and Arrest Warrant be Unsealed.

Respectfully submitted,
JOSE ANGEL MORENO
UNITED STATES ATTORNEY

JAMES STURGIS
Assistant United States Attorney