

DEC - 8 2010

Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Criminal No. M-10-3127-M |
| JULIO CERDA | § | |

## ORDER TO UNSEAL CRIMINAL COMPLAINT AND ARREST WARRANT

The Court, after having considered the Government's Motion to Unseal Criminal Complaint and Arrest Warrant, and finding it to be meritorious, GRANTS said Motion.

IT IS THEREFORE ORDERED that the Criminal Complaint and Arrest Warrant be Unsealed.

SIGNED on this the 8th day of December, 2010, at McAllen, Texas.

DORINA RAMOS
UNITED STATES MAGISTRATE JUDGE